CLERK'S OFFICE
A TRUE COPY
Jun 05, 2025
s/ K. Reed
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>7338 S. Heatheridge Circle, Franklin, WI 53132, to include any outbuildings on the curtilage of the property ("TARGET RESIDENCE"), white BMW bearing Wisconsin license plate number BAC-7291 ("TARGET VEHICLE #1"), | Case No. 25 MJ 74 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____06/19/2025____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable William E. Duffin____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   06/05/2025 at 6:25 p.m.                    *William E. Duffin*
                                                                    *Judge's signature*

City and state:   Milwaukee, WI                    Honorable William E. Duffin, U.S. Magistrate Judge
                                                   *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-MJ-74 | 6-5-25 6:50 pm | Ahmad Kattoum |

Inventory made in the presence of:
Ahmad Kattoum

Inventory of the property taken and name(s) of any person(s) seized:

See Attached

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-6-25

_____
Executing officer's signature

Paul Kozelek Special Agent, ATF
Printed name and title

# U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 1 of 1

Case/Inspection Number:

Case/Inspection Title: N/A

Office: Milwaukee

Taken from: 7338 Heatheridge Ct. Franklin, WI 53132

Location of Transfer or Seizure

Recipient: ATF

Basis for Transfer or Seizure of Items: Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 2 | 6" Commercial Mortar shell |
| 11 | 4" Commercial Mortar shell |
| 33 | Flash devices |
| 9 | 3" ~~Comm~~ Homemade Mortar attached to rods |
| 1 | IPhone from Luqman |

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) [signed]
Date: 6-5-25

Transferred by: (signature, if appropriate) [signed]   Date:
Witnessed by: (signature)   Date:

ATF Form 3400.23
Revised March 2005